UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN ALBERT GILLIS,

    Petitioner,

Case No.10-14249

Honorable Paul D. Borman

v.

PAUL KLEE,

    Respondent.

_____/

## ORDER DENYING AS MOOT MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS (Dkt. No. 28)

This matter is before the Court on Petitioner's Motion for Permission to Appeal In Forma Pauperis. Petitioner seeks a certificate of appealability pursuant to 28 U.S.C. § 2253 in order to appeal this Court's decision denying Petitioner's application for a writ of habeas corpus. The Court already denied Petitioner a certificate of appealability in its decision dated January 18, 2013.

Accordingly,

**IT IS ORDERED**, that Petitioner's Motion for Permission to Appeal In Forma Pauperis is **DENIED AS MOOT**.

DATE: 4-26-13

UNITED STATES DISTRICT JUDGE